## Clint Hamilton et al., Appellees, v. Albert Stocke, Appellant.

opinion filed March 1, 1941.  Dewey & Cummins, for appellant; Asa J. Wilbourn, for appellees.  Opinion by JUSTICE DADY.  "Not to be published in full."